**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO.  10-15-1-DLB-CJS**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**vs.**                                    <u>**ORDER**</u>

**ANGELA R. WILLIAMSON**                                              **DEFENDANT**

*** *** *** ***

 This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Candace J. Smith, entered December 9, 2011.  (Doc. # 77).  The R&R followed a supervised release violation hearing on December 6, 2011 in which Defendant Angela R. Williamson admitted to four violations as described in the December 2, 2011 Supervised Release Violation Report.  Additionally, Defendant concurred with the United States' recommendation that she be sentenced to a term of imprisonment of twelve (12) months with a two-year term of supervised release to follow.

 Defendant and the United States having both waived the period for filing objections to the Magistrate Judge's R&R, and Defendant having waived her right to allocution (Doc. # 76), the R&R is now ripe for review.  Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.  The Report and Recommendation of the United States Magistrate Judge (Doc. # 77) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

2.  Defendant is found to have **VIOLATED** the terms of her supervised release as set out in the December 2, 2011 Supervised Release Violation Report;

3.  Defendant's supervised release is hereby **REVOKED**;

4.  Defendant Angela R. Williamson is committed to the custody of the Attorney General for a term of **twelve (12) months, with twenty-four (24) months of supervised release to follow,** with all previously-imposed special conditions of supervised release being reimposed upon Defendant, including the requirement that she seek and maintain employment and adhere to a payment schedule of $25 per month for repayment of restitution until the balance of $1,218.06 is paid in full. An additional special condition of supervised released will be imposed directing Ms. Williamson to refrain from having any contact with her codefendant, Mark Whalen;

5.  Defendant's sentence, if possible, be served at the FMC Lexington women's satellite camp, with Defendant permitted to participate in any drug and mental health treatment that may be available to her; and

6.  A Judgment shall be entered concurrently herewith.

This 12th day of December, 2011.



Signed By:

**David L. Bunning**  *DB*

**United States District Judge**

G:\DATA\ORDERS\Covington Criminal\2010\10-15-1 Order Adopting R&R.wpd